IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                                                             CIVIL NO. 12-891 WDS/ACT

FUNDS IN THE AMOUNT OF $194,974.93, ET. AL,

    *Defendants,*

and

GILI ASTRAHAN AND
JOSEPH COHEN,

    *Claimants.*

## NOTICE OF PUBLICATION

Notice of Forfeiture was published on www.forfeiture.gov for at least 30 consecutive days beginning on October 29, 2012, as evidenced by the attached Declaration of Publication.

                                                        Respectfully submitted,

                                                        KENNETH J. GONZALES
                                                        UNITED STATES ATTORNEY

                                                        *Electronically filed December 4, 2012*
                                                        STEPHEN R. KOTZ
                                                        Assistant U.S. Attorney
                                                        P.O. Box 607
                                                        Albuquerque, New Mexico 87103
                                                        (505) 346-7274

I HEREBY CERTIFY that on December 4, 2012, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

    */s/*
STEPHEN R. KOTZ
Assistant U.S. Attorney